# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY RAMIREZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>M.E. SPEARMAN,<br><br>　　　　　　Respondent. | Case No. ED CV 16-01349 DOC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: October 21, 2016

　　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE